```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  June 30, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
EMMA RIVERA, *et al.*,                                :
                                                      :
                              Plaintiffs,             :    15 Civ. 207 (KPF)
                                                      :
                       v.                             :    ORDER
                                                      :
'WICHCRAFT OPERATING LLC, *et al.*,                   :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the parties appear for a conference with the Court to discuss the pending motions on **July 14, 2016, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:    June 30, 2016
          New York, New York

                                        _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge